| | |
|---|---|
| 1 | DANIEL S. GRUBER |
| | Gruber & Gruber |
| 2 | 15165 Ventura Blvd, Ste 400 |
| | Sherman Oaks, CA 91403 |
| 3 | Telephone: (818) 981-0066 |
| | Facsimile: (818) 981-2122 |
| 4 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-7892 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Betty Costantino, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, Betty Costantino and Louis G. Costantino in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 2/16, 2010    By: _____

**GRUBER & GRUBER**
15165 Ventura Blvd, Ste 400
Sherman Oaks, CA 91403
Telephone: 818-981-0066
Facsimile: 818-981-2122

*Attorneys for Plaintiffs*

DATED: Feb. 25, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE